In the Matter of the Application of WILLIAM H. STARK, Respondent, for an Order of Certiorari to WILLIAM S. TITUS and Others, Comprising the Town Board of the Town of Irondequoit, Monroe County, New York.— Motions granted and appeals dismissed, without costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CHAUNCEY CRAFT and Others, Respondents, v. WILLIAM S. TITUS and Others, Comprising the Town Board of the Town of Irondequoit, Monroe County, New York, Appellants.— Motion granted and appeal dismissed, without costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ALBERT W. SCHOEN, Appellant, v. DON U. GOULD and Others, Respondents.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WILLIAM A. SICKLES, as Administrator, etc., of HAROLD A. SICKLES, Deceased, Respondent, v. ROBERT B. ROWE, Appellant.—Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs on appeal by June first. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

IRENE V. SICKLES, Respondent, v. ROBERT B. ROWE, Appellant.—Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs on appeal by June first. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WILLIAM A. SICKLES, Respondent, v. ROBERT B. ROWE, Appellant.—Appeal dismissed unless appellant shall file and serve the printed papers and printed briefs on appeal herein by June first. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.